

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-95,098-01

### EX PARTE CHRISTOPHER MALLETT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1463856-A IN THE 228TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. SLAUGHTER, J., filed a concurring opinion in which HERVEY, J., joined.

### O P I N I O N

Applicant was convicted of capital murder and sentenced to life without parole. The First Court of Appeals affirmed his conviction. *Mallett v. State,* No. 01-20-00026-CR (Tex. App. – Houston[1st Dist.] Aug. 3, 2021). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel was ineffective because she failed to timely notify him that his direct appeal had been affirmed and that he had the right to file a *pro se* petition for discretionary review. As a result, Applicant lost the opportunity to file a *pro se* petition for discretionary review. We remanded this application to the trial court for development of the record.

The trial court has determined that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and that he could file a *pro se* petition for discretionary review. Therefore, Applicant should be allowed to file an out-of-time petition for discretionary review.

We agree. Relief is granted. *Ex parte Wilson,* 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow,* 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Court of Appeals in cause number 01-20-00026-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Applicant's remaining claims are dismissed.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:     DECEMBER 18, 2024
Do not publish